UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 08-666 (SDW) |
| v. | : Hon. Susan D. Wigenton |
| THERON SERVANCE | : <u>CONTINUANCE ORDER</u> |

A criminal indictment charging the defendant with being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), having been returned on September 18, 2008; and the defendant having appeared before Magistrate Judge Michael A. Shipp for an initial appearance on February 13, 2009; and the defendant being represented by Arthur Abrams, Esq.; and no bail having been set by the Court; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and eight continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A); and a trial in this matter being set to begin on August 16, 2010; the defendant hereby requests a final continuance pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the parties to continue their plea negotiations and try to resolve this matter without trial; the Government having agreed to this continuance; and for good cause shown;

IT IS on this 10th day of June, 2010,

ORDERED that from the date of this Order, to and including August 13, 2010, shall be excluded in calculating the time within which this case must go to trial under the Speedy Trial Act for the following reasons:

1.  The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2.  Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HONORABLE SUSAN D. WIGENTON
United States District Judge

SEEN AND AGREED:

Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

Arthur Abrams, Esq.
Counsel for Theron Servance